## December 21, 1976

Appeal No. 75-227. ROBERT W. RAYMOND *v.* BURTON S. RAYMOND. Case is assigned to the calendar for March 7, 1977, 9:30 a.m. for oral argument. The defendants will be expected to show cause why their appeal should not be dismissed as piecemeal

review. See *Maloney* v. *Daley*, 115 R.I. 375, 346 A2d 120 (1975). *Justin P. McCarthy, Leonard A. Kamaras,* for plaintiff. *Robert C. Hogan,* for defendant.